FILED & JUDGMENT ENTERED
Steven T. Salata

July 31 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GRAND DAKOTA PARTNERS, LLC, ) | |
| A DELAWARE LIMITED LIABILITY ) | |
| COMPANY, ) | CASE NO. 17-31184 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

**ORDER APPROVING JOINT ADMINISTRATION
WITH THE CHAPTER 11 CASE OF
GRAND DAKOTA HOSPITALITY, LLC**

THIS MATTER came before the Court for hearing on July 26, 2017, upon the motion (Docket No. 2) of Grand Dakota Partners, LLC, a Delaware limited liability company ("**GDP**"), the debtor in possession in this case, requesting that the Court, pursuant to Fed. R. Bankr. P. 1015(b), jointly administer this Chapter 11 case with that of GDP's affiliate, Grand Dakota Hospitality, LLC, a Delaware limited liability company ("**GDH**"), Chapter 11 case number 17-31185.

1

Based on the record before the Court, the Court finds and concludes that the requested relief is proper and just.

**WHEREFORE**, it is ordered that:

A.  The Motion is GRANTED;

B.  The Chapter 11 case of Grand Dakota Partners, LLC, a Delaware limited liability company shall be the "base" or master case;

C.  All pleadings and papers shall be filed in the Grand Dakota Partners Chapter 11 case, No. 17-31184; and

D.  All pleadings and papers filed in the GDP Chapter 11 case shall be deemed to have been filed in the GDH Chapter 11 case.

SO ORDERED.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | UNITED STATES BANKRUPTCY COURT |