Fill in this information to identify the case and this filing

Debtor Name __GRAND DAKOTA PARTNERS, LLC__

United States Bankruptcy Court for the: _____ District of __North Dakota__
(State)

Case number (If known): __17-30535__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule* E/F, G, Sum
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a **declaration** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/19/2017__         X _[signature]_
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

STEPHEN D. BARKER
Printed name

President, Cibix Management, Inc., the Managing Member of Grand Dakota Partners, LLC
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor  GRAND DAKOTA PARTNERS, LLC

United States Bankruptcy Court for the: _____  District of  NORTH DAKOTA
                                                                    (State)

Case number  17-30535
(If known)

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**As of the petition filing date, the claim is:** $ UNKNOWN     $ UNKNOWN
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
CONTINUING

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8(A) )

**2.2** **Priority creditor's name and mailing address**
NORTH DAKOTA TAX COMMISSION
PO BOX 5623
BISMARCK, ND 58506-5623

**As of the petition filing date, the claim is:** $ UNKNOWN     $ UNKNOWN
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
CONTINUING

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8(C) )

**2.3** **Priority creditor's name and mailing address**
STARK COUNTY AUDITOR
PO BOX 130
DICKINSON, ND 58602-0130

**As of the petition filing date, the claim is:** $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
CONTINUING

**Basis for the claim:**
PROPERTY (AD VALOREM) TAX

**Last 4 digits of account number** 0-200 ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8(B) )

| | | |
|---|---|---|
| Debtor | GRAND DAKOTA PARTNERS, LLC | Case number (if known) 17-30535 |
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**
ALEXANDER RICKS
4601 PARK ROAD, SUITE 580
CHARLOTTE, NC 28209

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services provided

**Date or dates debt was incurred:** various
**Last 4 digits of account number:** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,105.00

### 3.2
**Nonpriority creditor's name and mailing address**
AMERIPRIDE SERVICES
1238 FRONTIER DR
BISMARCK, ND 58504

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services provided

**Date or dates debt was incurred:** Various
**Last 4 digits of account number:** 4 2 0 0

**Is the claim subject to offset?**
☒ No
☐ Yes

$537.50

### 3.3
**Nonpriority creditor's name and mailing address**
BORDER STATES ELECTRIC SUPPLY
100 29th ST W
DICKINSON, ND 58601-2612

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods sold

**Date or dates debt was incurred:**
**Last 4 digits of account number:** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.95

### 3.4
**Nonpriority creditor's name and mailing address**
BRAUN DISTRIBUTING
PO BOX 1506
DICKINSON, ND 58602-1506

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods sold

**Date or dates debt was incurred:** Various
**Last 4 digits of account number:** 2 6 6 0

**Is the claim subject to offset?**
☒ No
☐ Yes

$418.16

### 3.5
**Nonpriority creditor's name and mailing address**
CATELLUS GROUP
217 East Tremont Avenue
Charlotte, NC 28203

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Management Services

**Date or dates debt was incurred:** Various
**Last 4 digits of account number:** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,586.64

### 3.6
**Nonpriority creditor's name and mailing address**
COCA-COLA BOTTLING
4150 3rd Avenue W
Dickinson, ND 58601

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods sold

**Date or dates debt was incurred:** Various
**Last 4 digits of account number:** 6 6 7 5

**Is the claim subject to offset?**
☒ No
☐ Yes

$502.85

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.7** Nonpriority creditor's name and mailing address
CONSOLIDATED COMMUNICATIONS
PO BOX 1408
DICKINSON, ND 58602-1408

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: SERVICES PROVIDED

Date or dates debt was incurred: VARIOUS
Last 4 digits of account number: 4000

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,725.95

---

**3.8** Nonpriority creditor's name and mailing address
DACOTAH PAPER COMPANY
PO BOX 2727
DICKINSON, ND 58108-2727

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods sold

Date or dates debt was incurred: VARIOUS
Last 4 digits of account number: 2354

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,967.86

---

**3.9** Nonpriority creditor's name and mailing address
DAKOTA DUST TEX
3804 SARATOGA AVENUE
BISMARCK, ND 58503

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SERVICES PROVIDED

Date or dates debt was incurred:
Last 4 digits of account number: 9250

Is the claim subject to offset?
☒ No
☐ Yes

$ 414.07

---

**3.10** Nonpriority creditor's name and mailing address
DEAN FOODS NORTH CENTRAL
PO BOX 1450-8318
MINNEAPOLIS, MN 55485-8318

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: GOODS SOLD

Date or dates debt was incurred: VARIOUS
Last 4 digits of account number: 3648

Is the claim subject to offset?
☒ No
☐ Yes

$ 144.25

---

**3.11** Nonpriority creditor's name and mailing address
DENNY'S ELECTRIC
1661 I-94 BUSINESS LOOP E
DICKINSON, ND 58601-1406

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SERVICES PROVIDED

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☒ No
☐ Yes

$ 302.64

---

| Debtor | Grand Dakota Partners, LLC | Case number (if known) | 17-30535 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address
THE DICKINSON PRESS
1815 W 1st St
Dickinson, ND 58601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: SERVICES PROVIDED

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 4.50

---

**3.13** Nonpriority creditor's name and mailing address
DICKINSON AREA CHAMBER OF COMMERCE
314 3rd Ave W
DICKINSON, ND 58601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services provided

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 0

---

**3.14** Nonpriority creditor's name and mailing address
ECOLAB
PO BOX 70343
CHICAGO, IL 60673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SERVICES PROVIDED

Date or dates debt was incurred VARIOUS
Last 4 digits of account number N263 ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 335.14

---

**3.15** Nonpriority creditor's name and mailing address
FIRST NATIONAL BANK
PO Box 2814
OMAHA, NE 68103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNSECURED CREDIT

Date or dates debt was incurred Continuing
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,629.92

---

**3.16** Nonpriority creditor's name and mailing address
FOUR SEASONS TROPHIES
2589 3rd Ave W
DICKINSON, ND 58601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods sold

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 14.65

---

| Debtor | Grand Dakota Partners, LLC | Case number (if known) | 17-30535 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.__ **Nonpriority creditor's name and mailing address**
JDANSKINNER COM INC.
5801 SUMAC LANE NE
ROCHESTER, MN 55906

**As of the petition filing date, the claim is:** $13.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** SERVICES PROVIDED

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**
KINSETH HOSPITALITY COMPANY, INC.
2 QUAIL CREEK CIRCLE
NORTH LIBERTY, IA 52317

**As of the petition filing date, the claim is:** $44,965.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services provided

**Date or dates debt was incurred** VARIOUS
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**
LOGO MAGIC INC.
2068 3rd Avenue W
DICKINSON, ND 58601

**As of the petition filing date, the claim is:** $839.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** GOODS SOLD

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**
MARCO TECHNOLOGIES
PO BOX 790448
St Louis, MO 63179

**As of the petition filing date, the claim is:** $540.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** GOODS SOLD

**Date or dates debt was incurred** VARIOUS
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**
MONTANA DAKOTA UTILITIES CO.
PO BOX 5600
BISMARCK, ND 58506-5600

**As of the petition filing date, the claim is:** $15,982.62
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UTILITY SERVICES

**Date or dates debt was incurred** CONTINUOUS
**Last 4 digits of account number** 0 0 0 6

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.22
**Nonpriority creditor's name and mailing address**
NESTLE SOLON
P.O. Box 841933
Dallas, TX 75284-1933

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** GOODS SOLD

**Date or dates debt was incurred**
**Last 4 digits of account number** 8694

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 159.24

### 3.23
**Nonpriority creditor's name and mailing address**
NEWMAN OUTDOOR ADVERTISING
1606 6th AVE SW
JAMESTOWN, ND 58402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services provided

**Date or dates debt was incurred** VARIOUS
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,016.00

### 3.24
**Nonpriority creditor's name and mailing address**
NOVA FIRE PROTECTION, INC.
304 41st ST SW
FARGO, ND 58103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SERVICES PROVIDED

**Date or dates debt was incurred** JULY 12, 2017
**Last 4 digits of account number** 7778

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 355.00

### 3.25
**Nonpriority creditor's name and mailing address**
PLUNKETT'S PEST CONTROL
40 52nd QAY NE
FRIDLEY, MN 55421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SERVICES PROVIDED

**Date or dates debt was incurred** VARIOUS
**Last 4 digits of account number** 7410

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 149.86

### 3.26
**Nonpriority creditor's name and mailing address**
RAMADA WORLDWIDE INC.
15018 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** FRANCHISE FEES

**Date or dates debt was incurred** CONTINUOUS
**Last 4 digits of account number** 4-RAM

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,458.15

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.54 |
|---|---|---|---|
| | RECREATION SUPPLY COMPANY<br>P.O. Box 2757<br>BISMARCK, ND 58502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ Liquidated and neither contingent nor disputed<br><br>Basis for the claim: GOODS SOLD | |
| | Date or dates debt was incurred<br>Last 4 digits of account number  8023 | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | ROTARY CLUB OF DICKINSON<br>532 15th ST W<br>DICKINSON, ND 58601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Services provided | |
| | Date or dates debt was incurred<br>Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|
| | SOUTHWESTERN DISTRICT HEALTH<br>227 16th ST W<br>DICKINSON, ND 58601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: SERVICES PROVIDED | |
| | Date or dates debt was incurred  JULY 12, 2017<br>Last 4 digits of account number  7778 | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.89 |
|---|---|---|---|
| | STAPLES ADVANTAGE<br>PO BOX 83689<br>CHICAGO, IL 60696-3689 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: GOODS SOLD | |
| | Date or dates debt was incurred<br>Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,117.89 |
|---|---|---|---|
| | SYSCO NORTH DAKOTA<br>3225 12th AVE N<br>FARGO, ND  58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: GOODS SOLD | |
| | Date or dates debt was incurred  VARIOUS<br>Last 4 digits of account number  9574 | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.32 Nonpriority creditor's name and mailing address**
SYSCO GUEST SUPPLY
P.O. Box 910
MONMOUTH JUNCTION, NJ 08852-0910

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: GOODS SOLD

Date or dates debt was incurred: VARIOUS
Last 4 digits of account number: 9263

Is the claim subject to offset?
☑ No
☐ Yes

$22,259.63

**3.33 Nonpriority creditor's name and mailing address**
TEMP RIGHT SERVICE INC.
4664 2nd St SW
DICKINSON, ND 58601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services provided

Date or dates debt was incurred: VARIOUS
Last 4 digits of account number: ____

Is the claim subject to offset?
☑ No
☐ Yes

$5,447.80

**3.34 Nonpriority creditor's name and mailing address**
THYSSENKRUPP ELEVATOR CORP.
2801 NETWORK BLVD., STE 700
FRISCO, TX 75034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SERVICES PROVIDED

Date or dates debt was incurred: VARIOUS
Last 4 digits of account number: ____

Is the claim subject to offset?
☑ No
☐ Yes

$127.09

**3.35 Nonpriority creditor's name and mailing address**
TWIN CITY ROOFING LLC
PO BOX 545
DICKINSON, ND 58602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SERVICES PROVIDED

Date or dates debt was incurred: ____
Last 4 digits of account number: ____

Is the claim subject to offset?
☑ No
☐ Yes

$429.00

**3.36 Nonpriority creditor's name and mailing address**
UNITED PARCEL SERVICE
LOCK BOX 577
CAROL STREAM, OL 60132

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SERVICES PROVIDED

Date or dates debt was incurred: VARIOUS
Last 4 digits of account number: W458

Is the claim subject to offset?
☑ No
☐ Yes

$95.79

| Debtor | Grand Dakota Partners, LLC | Case number (if known) | 17-30535 |
|---|---|---|---|

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address
CLARKSTON HOTEL GROUP, LLC
217 EAST TREMONT AVE.
CHARLOTTE, NC 28203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: LOANS MADE

Date or dates debt was incurred: VARIOUS
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$250,000.00

**3.__** Nonpriority creditor's name and mailing address
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.__** Nonpriority creditor's name and mailing address
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.__** Nonpriority creditor's name and mailing address
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.__** Nonpriority creditor's name and mailing address
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | DANIEL ELIADES and MATTEO PERCONTINO<br>1037 RAYMOND BLVD., SIXTEENTH FLOOR<br>NEWARK, NJ 07102 | Line 3.26<br>☐ Not listed. Explain | 4-ram |
| 4.2. | DARRYL S. LADDIN<br>171 17th STREET NW, STE<br>ATLANTA, GA 30363 | Line 3.31<br>☐ Not listed. Explain | 9574 |
| 4.3. | | Line ____<br>☐ Not listed. Explain | |
| 4.4. | | Line ____<br>☐ Not listed. Explain | |
| 41. | | Line ____<br>☐ Not listed. Explain | |
| 4.5. | | Line ____<br>☐ Not listed. Explain | |
| 4.6. | | Line ____<br>☐ Not listed. Explain | |
| 4.7. | | Line ____<br>☐ Not listed. Explain | |
| 4.8. | | Line ____<br>☐ Not listed. Explain | |
| 4.9. | | Line ____<br>☐ Not listed. Explain | |
| 4.10. | | Line ____<br>☐ Not listed. Explain | |
| 4.11. | | Line ____<br>☐ Not listed. Explain | |

Debtor  GRAND DAKOTA PARTNERS, LLC  Case number (if known) 17-30535

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0 |
| 5b. Total claims from Part 2 | 5b. + | $ 416,962.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 416,962.35 |

**Fill in this information to identify the case:**

Debtor name   Grand Dakota Partners, LLC

United States Bankruptcy Court for the: _____ District of _____
                                                                  (State)

Case number (If known): _____

☑ Check if this is an amended filing

# Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals     12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 10,588,000

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................... $ 515,381

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................... $ 11,103,381

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................ $ 9,396,876

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................ $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... + $ 416,962.35

4. **Total liabilities**.........................................................................................................
   Lines 2 + 3a + 3b                                                                                $ 9,813,838.35